MYRA SHAW, Appellant, *v.* ATLANTIC AMUSEMENT COMPANY, Respondent.

(Argued December 1, 1931; decided January 5, 1932.)

*Henry Fabricant* and *Harry S. Austin* for appellant: *Murray G. Jenkins* and *William Dike Reed* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.